AO 92
(Rev. 6/83)

COMMITMENT

| United States District Court | DISTRICT |
|---|---|
| | New Jersey |

| UNITED STATES OF AMERICA V. KAREN WALLER | DOCKET NO. |
|---|---|
| | MAGISTRATE CASE NO. 13-CR-742 (KM) |

The above named defendant was arrested upon the complaint of

charging a violation of   18 USC § 876(c)

| DISTRICT OF OFFENSE | DATE OF OFFENSE |
|---|---|
| New Jersey | |

DESCRIPTION OF CHARGES:

Mailing Threatening Communications

BOND IS FIXED AT
$   Detained _pending hearing before Judge McNulty on 9/15/14 @ 10:00 AM_

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

9/9/2014
Date

_[signature]_
United States Judge or Magistrate

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |